IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY P. MOROZOV, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | 1:09cv01102 BAK [DLB] <br><br> ORDER GRANTING <br> STIPULATION TO DISMISS <br><br> (Document 13) |

　　On December 2, 2009, the parties filed a stipulation and proposed order to dismiss this action without prejudice.

　　The parties' stipulation is GRANTED and this action is DISMISSED without prejudice. Each party shall bear their own costs and expenses.

　　IT IS SO ORDERED.

　　**Dated:    December 2, 2009**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1